```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
                                    :
JOHN MANGINO,                       :
                                    :
             Plaintiff,             :
                                    :      06-CV-5716 (JFB)(ARL)
          – against –               :
                                    :
INCORPORATED VILLAGE OF PATCHOGUE   :
AND FIRE MARSHAL JOHN P. POULOS,    :
                                    :
             Defendants.            :
                                    :
-----------------------------------X
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  MAR 10 2014  ★
LONG ISLAND OFFICE

1. Did the plaintiff prove, by a preponderance of the evidence, that defendant John Poulos fabricated an exigent circumstance and thus lacked probable cause to enter the property at 21 Church Street on July 25, 2005, without a warrant?

   YES _____     NO __✓__

   **[If you answered "YES," proceed to Question 2. If you answered "NO," leave all the remaining questions blank, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.]**

2. Did the plaintiff prove, by a preponderance of the evidence, that defendant John Poulos's fabricated exigency caused Fire Department personnel to search the plaintiff's locked room in the basement of 21 Church Street on July 25, 2005?

   YES _____     NO _____

   **[If you answered "YES," proceed to Question 3. If you answered "NO," leave all the remaining questions blank, sign and date this verdict sheet, and inform the Courtroom Deputy that your deliberations are complete and that you have reached a verdict.]**


COURT EXHIBIT

3. If you find that the plaintiff has proven, by a preponderance of the evidence, that he is entitled to compensatory damages, state the amount, if any, that you award the plaintiffs for compensatory damages (if you decide not to make an award as to this item, insert the word "None"):

   Economic Damages: $_____

   Emotional Damages: $_____

**[If you awarded no damages in Question 3, proceed to Question 4. If you awarded damages in Question 3, proceed to Question 5.]**

4. State the amount you award the plaintiff in nominal damages:

   $_____

**[Proceed to Question 5.]**

5. Do you find that punitive damages are warranted against defendant John Poulos?

   YES _____   NO _____

Please sign and date the verdict sheet, and then inform the Courtroom Deputy that your **deliberations are complete and that you have reached a verdict.**

_____
Foreperson

Dated: Central Islip, New York
       March 1̲0̲__, 2014